

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        **Plaintiff,**

Case:2:12-cr-20434
Judge: Tarnow, Arthur J.
MJ: Whalen, R. Steven
Filed: 06-27-2012 At 02:58 PM
INFO USA V ALAN S. GRAYEWSKI (LG)

D-1 ALAN S. GRAYEWSKI

        **Defendant.**

_____/

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

(29 U.S.C. § 439(a) - *FAILURE TO KEEP UNION FINANCIAL RECORDS*)

D-1 ALAN S. GRAYEWSKI

1.      At all times material to this Information, Office Professional and Technical Division of Utility Workers (OPT), Local 223, was a labor organization in an industry affecting commerce within the meaning of Sections 402(i), and 402(j) of Title 29, United States Code.

2.      From on or about January 3, 2006 until on or about August 16, 2008, in the

Eastern District of Michigan, Southern Division, the defendant, ALAN S. GRAYEWSKI,

while an officer, that is president of the OPT, Local 223, Detroit, Michigan, did willfully

fail to keep financial records required to be maintained by Section 436 of Title 29, that is,

financial records identifying the payee, date, amount, and purpose of all disbursements of

union funds, all in violation of Title 29, United States Code, Section 439(a).


BARBARA L. MCQUADE
United States Attorney


S/KEVIN M. MULCAHY
KEVIN M. MULCAHY
Assistant United States Attorney
Chief, General Crimes Unit


S/C. BARRINGTON WILKINS
C. BARRINGTON WILKINS
Assistant United States Attorney
211 W. Fort Street, Suite #2001
Detroit, MI 48226
313.226.9621
barrington.wilkins@usdoj.gov


Dated: 27 JUNE 2012

**ıpanion Case information MUST be completed b**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** |
|---|---|

Case:2:12-cr-20434
Judge: Tarnow, Arthur J.
MJ: Whalen, R. Steven
Filed: 06-27-2012 At 02:58 PM
INFO USA V ALAN S. GRAYEWSKI (LG)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   **[  ]**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes          xx☐ No | **AUSA's Initials:** CBW |

**Case Title:** USA v. __D-1  ALAN S. GRAYEWSKI__

**County where offense occurred :** __WAYNE__

**Check One:**     ☐ Felony          XX☐ **Misdemeanor**          ☐ Petty

_____Indictment/_____Information --- no prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number: _____
_____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____
☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

__June 27, 2012__
Date

*C. Barrington Wilkins*
C. BARRINGTON WILKINS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9621
Fax: (313) 226-2621
E-Mail address:  barrington.wilkins@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09